# IN THE SUPREME COURT

| | | | |
|---|---|---|---|
| 034A15 | Sammy R. Pruett, Plaintiff v. Joel D. Bingham and Jean's Bus Service, Inc., Defendants and Third-Party Plaintiffs v. Gregory Alan Wiggins, Matthew Brackett and Mountain Home Fire & Rescue Department, Inc., Third-Party Defendants | 1. Defs' and Third-Party Plts' Notice of Appeal Based Upon a Dissent (COA14-191)<br><br>2. Defs' and Third-Party Plts' PDR as to Additional Issues | 1. —<br><br><br><br>2. Denied |
| 040P15-3 | State v. Napoleon Junior Rankin | 1. Def's *Pro Se* Motion for Appointment of Counsel<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion for Notice of Appeal<br><br>4. Def's *Pro Se* Motion for Ineffective Assistance of Counsel | 1. Dismissed as moot<br><br>2. Allowed<br><br><br>3. Dismissed *ex mero motu*<br><br>4. Dismissed |
| 038P15 | James Norman Richardson v. PCS Phosphate Company, Inc., Ace USA/ESIS, Zurich North America Insurance Co., Federal Insurance Company/Chubb Group, RSK Co. (k/n/a CNA), Specialty Risk Services, and Broadspire | Defs' (PCS Phospate Company, Inc. and Broadspire) PDR Under N.C.G.S. § 7A-31 (COA14-615) | Denied |
| 042P15-3 | State v. Reginald U. Fullard | 1. Def's *Pro Se* Motion to Appeal<br><br>2. Def's *Pro Se* Motion for Order of Transcripts | 1. Dismissed<br><br>2. Dismissed |
| 043P15-3 | State v. Reginald U. Fullard | 1. Def's *Pro Se* Motion to Appeal<br><br>2. Def's *Pro Se* Motion for Order of Transcripts | 1. Dismissed<br><br>2. Dismissed |